Jody C. Benard, Esq. (JCB 6563)
**BRODY, BENARD & BRANCH, LLP**
Attorneys for Defendants
*LEONARD BERNSTEIN and*
*JANE HOLMES BERNSTEIN*
205 Lexington Avenue, 4th Floor
New York, New York 10016

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X    Docket No: 07 CIV 9824
NICHOLAS SANDS, and SANDS & COMPANY, INC.,

                                  Plaintiff,        **ANSWER**

   -against-

LEONARD BERNSTEIN and JANE HOLMES BERNSTEIN,

                                 Defendant.
----------------------------------------------------------------X

## COMPLAINT

Defendant, **LEONARD BERNSTEIN and JANE HOLMES BERNSTEIN** by their attorneys, **BRODY, BENARD & BRANCH, LLP**, as and for a Answer to the plaintiffs' Complaint, sets forth as follows:

### NATURE OF THE ACTION

FIRST:    Defendants **LEONARD BERNSTEIN and JANE HOLMES BERNSTEIN** deny each and every allegation contained in Paragraph "1" of the plaintiffs' Complaint.

## THE PARTIES

SECOND: Defendants **LEONARD BERNSTEIN and JANE HOLMES BERNSTEIN** admit each and every allegation contained in Paragraphs "2", "3" and "4" of the plaintiffs' Complaint.

## JURISDICTION AND VENUE

THIRD: Defendants **LEONARD BERNSTEIN and JANE HOLMES BERNSTEIN** deny each and every allegation contained in Paragraphs "5" and "6" of the Plaintiffs' Complaint and respectfully refers all questions of law to the determination of the Trial Court.

## FACTUAL BACKGROUND

FOURTH: Defendants **LEONARD BERNSTEIN and JANE HOLMES BERNSTEIN** deny each and every allegation contained in Paragraph "7" of the plaintiffs' Complaint.

FIFTH: Defendants **LEONARD BERNSTEIN and JANE HOLMES BERNSTEIN** admit each and every allegation contained in Paragraph "8", of the plaintiffs' Complaint.

SIXTH: Defendants **LEONARD BERNSTEIN and JANE HOLMES BERNSTEIN** deny each and every allegation contained in Paragraphs "9", "10", "11", "14", "15", "16", "17", "18", "19", "20" and "22" of the plaintiffs' Complaint.

280487.1

SEVENTH: Defendants **LEONARD BERNSTEIN and JANE HOLMES BERNSTEIN** admit each and every allegation contained in Paragraphs "12", "13" and "21" of the plaintiffs' Complaint.

## FIRST CAUSE OF ACTION

EIGHTH: In response to Paragraph "23" of the plaintiffs' Complaint, defendants repeat, reiterate and reallege each and every assertion and denial contained in Paragraphs "FIRST" through "SEVENTH" hereinabove as though more fully set forth at length herein.

NINTH: Defendants **LEONARD BERNSTEIN and JANE HOLMES BERNSTEIN** deny each and every allegation contained in Paragraphs "24", "25" and "26" of the plaintiffs' Complaint.

## SECOND CAUSE OF ACTION

TENTH: In response to Paragraph "27" of the plaintiffs' Complaint, defendants repeat, reiterate and reallege each and every assertion and denial contained in Paragraphs "FIRST" through "NINTH" hereinabove as though more fully set forth at length herein.

ELEVENTH: Defendants **LEONARD BERNSTEIN and JANE HOLMES BERNSTEIN** deny each and every allegation contained in Paragraphs "28", "29", "30", and "31" of the plaintiffs' Complaint.

280487.1

TWELFTH:   Defendants **LEONARD BERNSTEIN and JANE HOLMES BERNSTEIN** admit each and every allegation contained in Paragraph "32" of the plaintiffs' Complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

THIRTEENTH:   This Court lacks subject matter jurisdiction.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

FOURTEENTH:   The Complaint fails to state a cause of action recognized at law.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

FIFTHTEENTH:   Plaintiff's claims are barred by waiver estoppel and unclean hands.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

SIXTEENTH:   Plaintiff was engaged in conduct that constitutes waiver of their rights under any agreement or contract that may exist.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

SEVENTEETH:   Plaintiff's claims are barred by the applicable statute of frauds.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

EIGHTEENTH:   Plaintiff breached its duty of good faith and fair dealing.

280487.1

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

NINETEENTH:  Plaintiff breached any agreement that may exist.

## AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE

TWENTIETH:   Plaintiff has no legally viable breach of contract claim.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

TWENTY-FIRST:    Defendants actions were performed in the exercise of absolute right, proper and/or justified.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

TWENTY-SECOND:   Plaintiff's claims are barred as a result of a failure of consideration.

## AS AND FOR A ELEVENTH AFFIRMATIVE DEFENSE

TWENTY-THIRD: To the extent the damages set forth in plaintiff's Complaint could have been wholly or in part avoided by reasonable effort of the plaintiff, its agents servants and/or employers and without undue burden, risk or expense, said damages were the result of plaintiff's failure to mitigate and may not be recovered from defendants LEONARD BERNSTEIN and JANE HOLMES BERNSTEIN.

280487.1

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

TWENTY-FOURTH: The causes of action are barred by reason of the expiration of the applicable Statute of Limitations.

*WHEREFORE*, defendants demand judgment dismissing the plaintiffs' Verified Complaint, together with the costs and disbursements of this action.

Dated: New York, New York
       November 15, 2007

Yours, etc.

_____
Jody C. Benard, Esq.(JCB 6563)
Attorneys for Defendants
LEONARD BERNSTEIN and JANE HOLMES BERNSTEIN
205 Lexington Avenue, 4th Floor
New York, New York 10016
(212) 679-7007
Our File No.: 400.40336

TO:    Barry I. Levy, Esq.
        RIVKIN RADLER, LLP.
        Attorneys for Plaintiffs
        926 RexCorp Plaza
        Uniondale, New York 11556
        (516) 357-3000

280487.1