# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK )

     **MAGDA SALAZAR,** being duly sworn, says: I am not a party to this action, am over 18 years of age and I reside in the Borough of the Bronx, State of New York.

On the 26TH day of November, 2007, I served the within **ANSWER,** upon:

                **Barry I. Levy, Esq.**
                **RIVKIN RADLER, LLP.**
                **Attorneys for Plaintiffs**
                **926 RexCorp Plaza**
                **Uniondale, New York 11556**
                **(516) 357-3000**

the addresses designated by said attorneys for that purpose by depositing a true copy of said enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service for regular mail with certificate of mailing within the State of New York.

                                                                MAGDA SALAZAR

Sworn to before me this
26TH day of November, 2007

_____
NOTARY PUBLIC

                MATTHEW RICE
        Notary Public, State of New York
              No. 02RI6127026
         Qualified in New York County
       Commission Expires May 23, 2009