**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS SANDS AND SANDS & COMPANY, INC.

Plaintiff(s)
Petitioner(s)

- against -

LEONARD BERNSTEIN AND JANE HOLMES BERNSTEIN

Defendant(s)
Respondent(s)

INDEX #:
07 CIV 9824
DATE FILED:
11/06/2007

JUDGE:
SWEET
ATTORNEY FILE#:
10904-00001

STATE OF MASSACHUSETTS: COUNTY OF HILLSBORO: ss:

DARRELL WEBBER, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF MASSACHUSETTS

That on 11/13/2007, 03:34PM at 60 BABCOCK STREET, APARTMENT #95, BROOKLINE MA 02446, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET & RULE 7.1 STATEMENT on LEONARD BERNSTEIN, a defendant in the above action.

By personally delivering to and leaving with the said defendant personally a true copy thereof, and that he knew the person so served to be the person mentioned and described in the above mentioned papers.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 70   Approximate height 5'07"   Approximate weight 150   Color of skin WHITE   Color of hair WHITE   Other GLASSES

LEONARD BERNSTEIN told the deponent that he was not presently in the military service of the United States Government or on active duty in the military service in the State of MASSACHUSETTS or a dependent of anybody in the military.

RIVKIN RADLER LLP

EAB PLAZA

UNIONDALE, NY 11556-0111
(516)357-3000

DARRELL WEBBER

Sworn to before me on 12/05/2007

*Carol A. Descoteaux*

[Notary Seal: CAROL A. DESCOTEAUX, MY COMMISSION EXPIRES SEPT. 5, 2012, NOTARY PUBLIC, NEW HAMPSHIRE]

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS SANDS AND SANDS & COMPANY, INC.

Plaintiff(s)
Petitioner(s)

- against -

LEONARD BERNSTEIN AND JANE HOLMES BERNSTEIN

Defendant(s)
Respondent(s)

INDEX #:
07 CIV 9824
DATE FILED:
11/06/2007

JUDGE:
SWEET
ATTORNEY FILE #:
10904-00001

STATE OF MASSACHUSETTS: COUNTY OF HILLSBORO: ss:

DARRELL WEBBER, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF MASSACHUSETTS

That on 11/13/2007, 03:34PM at 60 BABCOCK STREET, APARTMENT #95, BROOKLINE MA 02446, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET & RULE 7.1 STATEMENT on LEONARD BERNSTEIN, a defendant in the above action.

By personally delivering to and leaving with the said defendant personally a true copy thereof, and that he knew the person so served to be the person mentioned and described in the above mentioned papers.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M    Approximate age 70    Approximate height 5'07"    Approximate weight 150    Color of skin WHITE    Color of hair WHITE    Other GLASSES

LEONARD BERNSTEIN told the deponent that he was not presently in the military service of the United States Government or on active duty in the military service in the State of MASSACHUSETTS or a dependent of anybody in the military.

RIVKIN RADLER LLP

EAB PLAZA

UNIONDALE, NY 11556-0111
(516)357-3000

DARRELL WEBBER

Sworn to before me on 12/05/2007

Carol A. Descoteaux

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726