# EXHIBIT C

# SANDS & COMPANY
### FINE ART

TEL (212) 535-0969
FAX (212) 772-3116
E-MAIL: SANDSARTS@AOL.COM

February 15, 1997 / *DECEMBER 14, 1997*

Dr. Leonard Bernstein
60 Babcock Street, Apt. 95
Brookline, MA 02146
FAX: 617-734-7739

RE:    Warhol *Electric Chair* painting

Dear Len:

It was good speaking with you the other night.

The rejection of the *Electric Chair* by the Warhol Committee is unfortunate for us both, but as I pledged to you, I will continue in my efforts to have the piece authenticated by taking this matter to a "higher level." After showing the painting to certain well-known authorities on Warhol and enlisting their positive opinions and support, we will be in a stronger position to challenge the Committee's rejection, and this is what I plan to do.

Of course you are the owner of the painting, which I am holding on your behalf, however *i.e. 1998 or* it is my understanding that if I succeed in having the piece authenticated this year, you will *longer if* sell it back to me for the same price (i.e. $65,000). This would appear to be obvious, but *needed —* for the sake of clarity, I would be grateful if you will kindly sign below and return to me by fax.

I wish you and Jane a safe and pleasant trip to England, and look forward to speaking with you with when you get back. Best personal regards.

Yours truly,                                          Agreed as above:

*Nick*

Nicholas J. Sands                                  Dr. Leonard Bernstein

*RENEWED DECEMBER 14, 1997 AS ABOVE:*

X _____
*DR. LEONARD BERNSTEIN*

BOX 893 LENOX HILL STATION • NEW YORK, NY 10021-0893





BOSTON MA 021 ★
PM
18 DEC
1997

Sands + Co.
Box 893, Lenox Hill Station
New York, NY 10021 - 0002

10021/0002

Leonard Bernstein, DMD
60 Babcock Street, # 95
Brookline MA 02146-3020

