# EXHIBIT D

Subj: **Re: WARHOL...**
Date: 9/13/01 5:45:33 AM Pacific Daylight Time
From: lbernst885@juno.com
To: Sandsarts@aol.com

I hope the shock waves extend to the AG's office and good for you.

L

---------------- Headers ----------------
Return-Path: <lbernst885@juno.com>
Received: from rly-zc03.mx.aol.com (rly-zc03.mail.aol.com [172.31.33.3]) by air-zc01.mail.aol.com (v80.26) with ESMTP id MAILINZC17-0913084533; Thu, 13 Sep 2001 08:45:33 -0400
Received: from m1.boston.juno.com (m1.boston.juno.com [64.136.24.64]) by rly-zc03.mx.aol.com (v80.21) with ESMTP id MAILRELAYINZC36-0913084525; Thu, 13 Sep 2001 08:45:25 -0400
Received: from cookie.juno.com by cookie.juno.com for
<"L3avrCtfDzFgVycxMF07umWOKhbMKM0S2VQ+cYZAkMUMIfIVL8th8Q==">
Received: (from lbernst885@juno.com)
by m1.boston.juno.com (queuemail) id GE8GNF3P; Thu, 13 Sep 2001 08:45:21 EDT
To: Sandsarts@aol.com
Date: Thu, 13 Sep 2001 08:34:52 -0400
Subject: Re: WARHOL...
Message-ID: <20010913.084420.-426293.2.lbernst885@juno.com>
X-Mailer: Juno 3.0.13
MIME-Version: 1.0
Content-Type: text/plain
Content-Transfer-Encoding: 7bit
X-Juno-Att: 0
X-Juno-RefParts: 0
From: lbernst885@juno.com