# EXHIBIT E

| | |
|---|---|
| Subj: | **RE: FROM NICHOLAS SANDS...** |
| Date: | 11/5/03 10:58:29 AM Pacific Standard Time |
| From: | lbernst@bu.edu |
| To: | Sandsarts@aol.com |

Hi,

I finally got to read the story and it is quite a saga. Maybe I'm missing something but except for their inconsistencies and some possible arbitrary behaviour, I don't see a "smoking gun". A lawsuit could have a positive end but they have lots of money to fight with and it would cost someone a bundle to proceed. Unless government looks into it, where does this go from here? Is there any chance of getting their self-appointed position as "the" authorities negated by establishing another authenticating group?

Len

Leonard Bernstein, DMD, MPH
60 Babcock Street #95
Brookline, MA 02446-5920

-----Original Message-----
**From:** Sandsarts@aol.com [mailto:Sandsarts@aol.com]
**Sent:** Thursday, October 30, 2003 6:44 AM
**To:** lbernst@bu.edu
**Subject:** FROM NICHOLAS SANDS...

Hey Len...

It is 6:45 a.m. and I have been up all night working, but did not want to wait another minute to tell you to rush out and pick up a copy of the November issue of Vanity Fair. You will not believe your eyes when you see what's inside...

It has taken seven years to get this story out - finally - and let justice be done! You won't see my name anywhere (deliberately so), but you can be sure that I had a hand in it.

More when we talk soon. Hugs to you both...

Nicky

Sands & Company Fine Art, Inc.
30 East 76th Street (at Madison Ave.)
New York, NY 10021
T. 212-988-3900
F. 212-772-3116
sandsarts@aol.com