# EXHIBIT G

| | |
|---|---|
| Subj: | **RE: REPLY FROM NICHOLAS SANDS...** |
| Date: | 11/17/03 7:50:48 AM Pacific Standard Time |
| From: | lbernst@bu.edu |
| To: | Sandsarts@aol.com |

Sounds like FAR is not the right model. A properly funded organization backed by all the major players plus the insurance industry which could sell policies to back decisions would be independent from such pressures. Also, if governmental orgs e.g. the Smithsonian, state, county and municipal museums would sign on that would supply enough clout to supercede the Warhol Found types. All the players would also have enough clout to get official gov't recognition and if that happened, the others would be left in the dust. I agree that connoisseurship plays an important part and that is part of the "staff" part of my suggestion plus other experts could be hired on a consultant basis for out of the run of the mill jobs.

Leonard Bernstein, DMD, MPH
60 Babcock Street #95
Brookline, MA 02446-5920

-----Original Message-----
**From:** Sandsarts@aol.com [mailto:Sandsarts@aol.com]
**Sent:** Sunday, November 16, 2003 9:09 PM
**To:** lbernst@bu.edu
**Subject:** Re: REPLY FROM NICHOLAS SANDS...

In a message dated 11/16/03 5:35:24 PM Pacific Standard Time, lbernst@bu.edu writes:

> My suggestion is that with the state of scientific art, research capabilities, knowledgeable scholars etc, that museums, art dealers, galleries, auction houses etc should fund an authentication organization complete with a director and staff, laboratories, computer capabilities for searching and for data bases etc in say NYC.

An insightful suggestion... but this has already been done. The International Foundation for Art Research (IFAR) in New York provides such services, and I approached them for help with the Electric Chair canvas. They declined to get involved for "political" reasons however, as did the conservation lab at the Guggenheim Museum (which I also approached, and with whom I have good contacts); the Warhol Foundation evidently donates funds to both organizations, and they (the latter) don't want to bite the hand that feeds them. In any case, science is a great help but it can only go so far. Connoisseurship still plays an important role.

This is all very fascinating... don't you think? One of the reasons I am involved is the sheer challenge of it.

Stay tuned for more...
N.

Sands & Company Fine Art, Inc.
30 East 76th Street (at Madison Ave.)
New York, NY 10021
T. 212-988-3900
F. 212-772-3116
sandsarts@aol.com