# EXHIBIT H

| Subj: | **RE:** |
|-------|---------|
| Date: | 6/24/2004 2:50:30 PM Eastern Standard Time |
| From: | lbernst@bu.edu |
| To: | Sandsarts@aol.com |

Hi,
Check out River Café on Thames, 011-44-20-7386-4200. Great review in NY
Times. Do you have any to recommend? We are staying at Royal Garden Hotel
along Hyde Park in Kensington; supposed to be a posh place with a great
restaurant.
Forgot to ask you but could you get the Warhol scanned to make a couple (one
for here and one for Trinidad)of copies of the Warhol by Roscoe (?) or
similar process? I'm going to do it with the one I have here.

Good hunting re Warhol stuff.

See ya.

Xs,

Len

Leonard Bernstein  D.M.D., M.P.H.
60 Babcock Street #95
Brookline, MA 02446-5920


——Original Message——
From: Sandsarts@aol.com [mailto:Sandsarts@aol.com]
Sent: Thursday, June 24, 2004 1:22 PM
To: "Leonard Bernstein"
Subject: Re:

Hey Len,

I am replying to you from London, where I have been for almost a week.

Things are heating up again with the Warhol situation, and there will be
another huge magazine article coming out very soon. I met for two hours
yesterday with Joe Simon (whom you may remember from the Vanity Fair
article), and we did a conference call interview with the journalist. Stay
tuned...

I should be in NY on the dates you mentioned, and look forward to seeing
you.

Hugs,
N.

SANDS 00018