# EXHIBIT I

Subj:     **RE: FROM NICHOLAS SANDS...**
Date:     2/14/2005 4:34:23 PM Eastern Standard Time
From:     lbernst@bu.edu
To:       Sandsarts@aol.com

Hi,

Thanx for dinner and the chance to meet your friends. Quite an eclectic group! Gerard was fine; had a nice chat with him. Do you or anyone you know have money invested with Ashok? Did you make appt with surgeon yet?

Once you get your place together, it should be great. Suggest putting in a decent sized kitchen in case you do get married and also two full baths, same reason and for guests and maybe a ½ bath for clients.

I hope all the work and travail re Warhol is worth it. Maybe I don't know it all but I don't see an indictable smoking gun.

Xs,
Lenn

Leonard Bernstein  D.M.D., M.P.H.
60 Babcock Street #95
Brookline, MA 02446-5920

-----Original Message-----
**From:** Sandsarts@aol.com [mailto:Sandsarts@aol.com]
**Sent:** Monday, February 14, 2005 12:56 AM
**To:** lbernst@bu.edu
**Subject:** FROM NICHOLAS SANDS...


Len,

It was great seeing you and Jane last night (both looking great), and I hope you got back home safely.

I received a phone call today from Gerard telling me that something happened to him yesterday, and as a result of it, he was in a 'punchy' kind of mood when he called. He wanted to apologize in case any of this was projected when I put you (and Jane) on the phone to say hello to him.

I am so happy you came over last night, and hope you had a fairly good time despite my occasional long-windedness and droning...

Speak tou you soon, and with hugs,

Nicky xx



Nicholas J. Sands, President
Sands & Company Fine Art, Inc.
30 East 76th Street (at Madison Ave.), 7th floor
New York, NY 10021
T. 212-988-3900  F. 212-772-3116
sandsarts@aol.com

SANDS 00020