# EXHIBIT J

| | |
|---|---|
| Subj: | **Re: FROM NICHOLAS SANDS... NOGUCHI** |
| Date: | 5/20/2005 9:28:30 AM Eastern Standard Time |
| From: | lbernst@bu.edu |
| To: | Sandsarts@aol.com |

Greetings from the UK and Mazel tov! Their letter is suitable for framing. Re the Warhol. from your mouth to their ears.
Xs,

Us

Quoting Sandsarts@aol.com:

> Len,
>
> I know you are on your way to Angleterre, but I just wanted to share with
> you some good news while I thought of it...
>
> When you and Jane came over in February, I briefly pointed out to you a
> sculpture by Noguchi resting on a base a few feet away from you. A couple of
> weeks later, I brought this previously-unknown sculpture to the
> attention of the
> Noguchi Foundation in an attempt to have it authenticated, and do you know
> what happened? They thought it was a fake!
>
> When they gave me this incendiary news, I went on an all-out crusade to
> research and justify the work; and two months later, presented them with a
> massive presentation with unassailable evidence supporting it. End
> result? Please
> read for yourself in the letter I received from them below, of which - if I
> may say - I am really quite proud.
>
> (Now, if I can only do the same with Warhol...)
>
> Hugz,
> N.

Wednesday, February 20, 2008 AOL: Sandsarts

SANDS 00021