# EXHIBIT N

Subj: **RE: REPLY FROM NICHOLAS SANDS...**
Date: 6/21/2006 1:47:55 PM Eastern Standard Time
From: lbernst@bu.edu
To: Sandsarts@aol.com

Hey Nick,

Was 6:30 AM because you had not slept yet?

Thank for the info, a big help.

Sorry to hear about the problem but welcome to the world. I have been stolen from, lent money which was never returned etc etc. I even once caught an accountant stealing from my brother and I. However, that one taught me a great lesson which ultimately worked to my advantage. The IRS Feds gave him a 3 year suspended sentence as I believe he was stealing from other clients. I hope it all works out for you and Nick.

Of course I will speak to you; you said a few days ago you would call but didn't hear from you. I suggest you call before we leave on the 29th or in Trinidad if you can't.

I realistically don't think that the MFA will be able to do it but it's possible. That leaves you and Sotheby's. Unless I have something concrete from you (or the MFA), our bias is to go under the hammer with Sotheby's. The market is strong and they have a lot of clout. We know that if it goes under the hammer, you don't know what will transpire but we are willing to take that chance in this market. Just giving the painting to you to offer for sale is just too nebulous. If you have identified a buyer(s), then we need a firm sales figure which could tempt us to take your bird in the hand for the hammer in the bush.

Get some rest.

Lenn


Leonard Bernstein D.M.D., M.P.H.
60 Babcock Street #95
Brookline, MA 02446-5920


-----Original Message-----
From: Sandsarts@aol.com [mailto:Sandsarts@aol.com]
Sent: Wednesday, June 21, 2006 6:46 AM
To: lbernst@bu.edu
Subject: REPLY FROM NICHOLAS SANDS...

In a message dated 6/20/2006 6:41:54 PM Eastern Standard Time, lbernst@bu.edu writes:

> Hi Nicky,
>
> Just to make sure, re reproduction, would you please check the dimensions of my Electric Chair. Also, what kind of canvas or linen is it printed on?
>
> Had meeting with MFA and they asked for 2 more weeks time. We'll have to communicate with them from Trinidad as we'll be there from 29June to 30July. Same e-mail but FYI our phone there is 868-621-2612 and fax is 868-621-2618.
>
> Lenn

Hey Lenn (at 6:28 am)...

The Electric Chair is 22 x 28 inches, and on the back of it it says "Universal Media - Belgian Linen Acrylic." Though it looks like canvas, it is thus in fact linen; please see the attached jpeg I just took (of the back, showing the raw linen), which might also be good for the man who is making the reproduction to see.

I had to postpone my visit to Pittsburgh (Warhol Museum) this week, as we just found out that someone Dad trusted has been scheming behind his back to double-cross him in a major real estate deal... and I have been deeply preoccupied with this, talking to Dad's lawyers and our family advisors round the clock, and assisting wherever I can. It is a story like you would not believe... how people can be so dishonest!... and we are all in a state of shock over it, with emergency measures to be taken.

I do want to speak to you about the Martinson's, however, and hope you will allow me that courtesy before making any decisions... (as you know me a lot longer than you do the MFA and people at Sotheby's)...

xx,
Nicky


Nicholas J. Sands, President
Sands & Company Fine Art, Inc.
30 East 76th Street (at Madison Ave.), 7th floor
New York, NY 10021
T. 212-988-3900  F. 212-772-3116
sandsarts@aol.com

SANDS 00047