# EXHIBIT O

| | |
|---|---|
| Subj: | **(no subject)** |
| Date: | 7/12/2006 3:22:23 PM Eastern Standard Time |
| From: | lbernst@bu.edu |
| To: | sandsarts@aol.com |

Hey Nick,

I am at a friend's computer which is not as easy and convenient as having my own.

Nick, I want to come to some closure on this thing as I don't like the stress and pressure this is giving me. I want to make a decision soon, within the next few days so I have to know if you have anything concrete for me. I sent e-mail to MFA also asking for closure from them also.

Get married!

Xs,

Lenn