# EXHIBIT Q

| | |
|---|---|
| Subj: | Re: FROM NICHOLAS SANDS... MARTINSON'S |
| Date: | 7/24/2006 10:57:30 AM Eastern Standard Time |
| From: | lbernst@bu.edu |
| To: | Sandsarts@aol.com |

Hi Nick,

Jane and I had a long talk over the weekend as I cannot take all this any longer. I have been too much pre-occupied with this and it enters my mind too often during the day. We have decided to end all discussions etc with all parties and have decided to go along with Sotheby's and put it up for auction. It's not that we don't love you or not appreciate your efforts and interest and will compensate you with a finders/agents/whatever fee based upon the final sale price which we realize may be less than what your client seems willing to pay. If your client has not been willing to accept the authenticity on face and that Tobias did so and that it was in the recent MFA show and is in the Catalogue Raisonnne, then he may view and bid on it when it is up for auction. Please understand Nick, I need closure on this.

Xs,

Lenn


Quoting Sandsarts@aol.com:

>
>
> Dear Len,
> I received another call on the Martinson's, and they are now asking to see
> it. Can we please make arrangements to have it shipped here?? as we have
> discussed?
> I will cover all of the expenses (pickup, packing, crating, etc.), and the
> painting will be insured against all risk during transit and during stay at
> the full consignment price of $4.5 million net. A certificate of
> insurance will
> be issued in your name, under my own fine arts policy by my fine
> art-specialist insurance agent:
> Mr. David Genser
> GENSER INSURANCE
> 800 South Street, Suite 600
> Waltham, MA 02453
> Tel. 781 398 1387
> ?who works with Lloyd's of London and represents many top galleries and
> museums.
> For pickup, crating and shipping out of Boston, David recommends using:
> Richard Wright Shipping & Storage
> 124 Turnpike Street, W.
> Bridgewater, MA 02379
> Tel. 508 586 2030
> ?though I will contact the Harvard University Art Museums for an additional
> recommendation.
> ******************************************
> The person I am dealing with (for the buyer) said that until he sees the
> actual painting, he has no way of knowing if I can produce it. I
> think that when

Monday, February 18, 2008 AOL: Sandsarts

SANDS 00055

> he does see the painting, that will speak volumes; but aside from that, my
> credibility is now at stake...
> As the situation is a live one, and every day counts, I hope that we can act
> quickly. As soon as the painting is here, I will put the buyer to the test
> and give him a firm deadline to buy (as instructed by you). If he
> does not act
> by that date, I will immediately deliver the painting to Sotheby's? or
> anywhere else you tell me to deliver it.
> Whether I succeed in making this sale or not, also, I will donate to the
> Museum of Fine Arts in Boston ? in your honor ? a painting from my
> collection
> by the artist Richard Pettibone (value $30,000)? whose works I know they
> collect.
> Please let me hear from you today? thanks!
> Love to you both,
> Nicky xox
>
>
> Nicholas J. Sands, President
> Sands & Company Fine Art, Inc.
> 30 East 76th Street (at Madison Ave.), 7th floor
> New York, NY  10021
> T. 212-988-3900 F. 212-772-3116
> _sandsarts@aol.com_ (mailto:sandsarts@aol.com)
>
>
>
>