# EXHIBIT S

Subj: **REPLY FROM NICHOLAS SANDS...**
Date: 1/7/2007
To: lbernst@bu.edu

In a message dated 1/2/2007 8:14:58 PM Eastern Standard Time, lbernst@bu.edu writes:

> I asked Tobias who bought the painting and he said it was a friend of
> his who has purchased other things from him; didn't tell me the name.

It is understandable that Tobias would not tell you the name of the person who bought the painting, as that would violate Sotheby's' strict internal policies. They never reveal that kind of information... as doing so would be a breach of buyer–auction house confidence, and in general not good for business for Sotheby's.

I know that the client I offered the painting to a few months ago was one of the underbidders, and it is possible that he may even have ended up being the *buyer*, though I cannot confirm this with him directly as he has refused to take any of my phone calls since July, when he accepted my offer of the painting and asked me to show it to him firsthand... but then I was unable to produce it.

If you are curious to know who bought it, and as you said that you'd be paying me an agent's fee in any case (which I deeply and truly appreciate), I would be happy to do a little extra work and check with a few of my sources... to see if that identity can be confirmed.

Hugs xx,

Nick

P.S. I will be in London from February 4th to the 10th. Will you and Jane by chance be there at that time?


Nicholas J. Sands, President
Sands & Company Fine Art, Inc.
30 East 76th Street (at Madison Ave.), 7th floor
New York, NY 10021
T. 212-988-3900 F. 212-772-3116
sandsarts@aol.com

Wednesday, February 27, 2008 AOL: Sandsarts

SANDS 00078