# EXHIBIT T

Subj:     **Re: REPLY FROM NICHOLAS SANDS...**
Date:     1/8/2007 2:23:10 PM Eastern Standard Time
From:     lbernst@bu.edu
To:       Sandsarts@aol.com

Hi Nick,

I really don't care who bought it as I thought you were curious. We
will not be in London at that time; we leave for NZ< aus, Thailand and
HK from 26Feb to 25March.

Xs,

Lenn

Quoting Sandsarts@aol.com:

>
>
>
> In a message dated 1/2/2007 8:14:58 PM Eastern Standard Time, lbernst@bu.edu
> writes:
>
> I asked Tobias who bought the painting and he said it was a friend of
> his who has purchased other things from him; didn't tell me the name.
>
>
>
> It is understandable that Tobias would not tell you the name of the person
> who bought the painting, as that would violate Sotheby's' strict internal
> policies. They never reveal that kind of information? as doing so would be a
> breach of buyer?auction house confidence, and in general not good
> for business
> for Sotheby's.
> I know that the client I offered the painting to a few months ago was one of
> the underbidders, and it is possible that he may even have ended up being
> the buyer; though I cannot confirm this with him directly as he has
> refused to
> take any of my phone calls since July, when he accepted my offer of the
> painting and asked me to show it to him firsthand? but then I was unable to
> produce it.
> If you are curious to know who bought it, and as you said that you'd be
> paying me an agent's fee in any case (which I deeply and truly
> appreciate), I
> would be happy to do a little extra work and check with a few of my
> sources? to
> see if that identity can be confirmed.
> Hugs xx,
> Nick
>
>
> P.S. I will be in London from February 4th to the 10th. Will you and Jane by
> chance be there at that time?
>
>
>
> Nicholas J. Sands, President
> Sands & Company Fine Art, Inc.
> 30 East 76th Street (at Madison Ave.), 7th floor
> New York, NY 10021
> T. 212-988-3900 F. 212-772-3116
> sandsarts@aol.com
>

SANDS 00079

**Subj:** **Re: REPLY FROM NICHOLAS SANDS... MARTINSON'S**
**Date:** 1/9/2007 12:03:00 PM Eastern Standard Time
**From:** lbernst@bu.edu
**To:** Sandsarts@aol.com

We have not made any decisions on any of this.

Quoting Sandsarts@aol.com:

>
>
>
>
> Hey Lenn,
>
> In reviewing my accounts receivables for the year, my accountant has asked
> me about the agent's fee you promised to send.
>
> May I ask, when will it be sent? Please let me know... thanks.
>
> Hugs,
> Nick
>
>
>
> In a message dated 7/24/2006 10:57:30 AM Eastern Standard Time,
> lbernst@bu.edu writes:
>
> Hi  Nick,
>
> Jane and I had a long talk over the weekend as I cannot take all  this
> any longer. I have been too much pre-occupied with this and it enters
> my mind too often during the day. We have decided to end all
> discussions etc with all parties and have decided to go along with
> Sotheby's and put it up for auction. It's not that we don't love you or
> not appreciate your efforts and interest and will compensate you with a
> finders/agents/whatever fee based upon the final sale price which we
> realize may be less than what your client seems willing to pay. If your
> client has not been willing to accept the authenticity on face and that
> Tobias did so and that it was in the recent MFA show and is in the
> Catalogue Raisonnne, then he may view and bid on it when it is up for
> auction. Please understand Nick, I need closure on  this.
>
> Xs,
>
> Lenn
>
>
>
>
>
> Nicholas J. Sands, President
> Sands & Company Fine Art,  Inc.
> 30 East 76th Street (at Madison Ave.), 7th floor
> New York, NY  10021
> T. 212-988-3900 F. 212-772-3116
> _sandsarts@aol.com_ (mailto:sandsarts@aol.com)
>
>
>
>
>

Monday, February 18, 2008 AOL: Sandsarts

SANDS 00080

Subj:      **REPLY FROM NICHOLAS SANDS... MARTINSON'S**
Date:      1/10/2007
To:        lbernst@bu.edu


In a message dated 1/9/2007 12:03:00 PM Eastern Standard Time, lbernst@bu.edu writes:

| We have not made any decisions on any of this.

It is important to me that you fulfill your commitment to pay me the fee (5%), as based upon the sale at Sotheby's, I have made certain financial commitments that assumed the timely receipt of that payment.

Nick


Nicholas J. Sands, President
Sands & Company Fine Art, Inc.
30 East 76th Street (at Madison Ave.), 7th floor
New York, NY 10021
T. 212-988-3900 F. 212-772-3116
sandsarts@aol.com

SANDS 00081

Subj:    **Re: REPLY FROM NICHOLAS SANDS... MARTINSON'S**
Date:    1/12/2007 7:16:34 AM Eastern Standard Time
From:    lbernst@bu.edu
To:      Sandsarts@aol.com

We made no such committment.

Quoting Sandsarts@aol.com:

>
>
>
>
> In a message dated 1/9/2007 12:03:00 PM Eastern Standard Time,
> lbernst@bu.edu writes:
>
> We have  not made any decisions on any of this.
>
>
>
> It  is important to me that you fulfill your commitment to pay me the fee
> (5%), as  based upon the sale at Sotheby's, I have made certain financial
> commitments that  assumed the timely receipt of that payment.
> Nick
>
>
>
>
> Nicholas  J. Sands, President
> Sands & Company Fine Art, Inc.
> 30 East 76th Street  (at Madison Ave.), 7th floor
> New York, NY 10021
> T. 212-988-3900 F.  212-772-3116
> sandsarts@aol.com
>

SANDS 00082