

**RIVKIN RADLER**
ATTORNEYS AT LAW

BARRY I. LEVY
PARTNER
(516) 357-3149
barry.levy@rivkin.com

August 13, 2008

**By Facsimile Transmission**
(212) 805-7925
Honorable Robert W. Sweet
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

    Re:  Nicholas Sands and Sands & Company v. Leonard Bernstein and Jane Holmes Bernstein
         Index No: 07 CV 9824 (SDNY)(RWS)
         Our File No.: 10904-0001

Dear Judge Sweet:

As Your Honor is aware, we are counsel for the Plaintiffs in this matter. I write on behalf of both parties to request a modification, on consent, of the briefing and argument schedule on the Defendant's motion for summary judgment. Defendants' counsel and I have agreed upon the following modified briefing/argument schedule:

1. Opposing papers to be filed and served on or before August 25, 2008
2. Reply papers to be filed on or before September 8, 2008
3. Oral argument to be heard on September 24, 2008.

I would respectfully request that the Court endorse the proposed briefing and argument schedule. The Court's attention to this matter is appreciated.

So ordered
Sweet
USDJ
8.20.08

Respectfully submitted,

RIVKIN RADLER LLP

Barry I. Levy

BIL/lg

925 RexCorp Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495

www.rivkinradler.com